UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY S. HOWARD**                                                                                                    **PLAINTIFF**

v.                                              Case No. 4:23-CV-00020-LPR

**BRUNER, Officer,**
**Pulaski County Detention Facility**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 3rd day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).